UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In the Matter of Arbitration Between:
SWIFT SPLASH LTD., LIBERIA,
                                Petitioner,

                                                      **10 CV 6448 (JGK)**

    - against -

THE RICE CORPORATION, d/b/a
THE RICE COMPANY INC.
                                Respondent.
-------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that pursuant to New York Civil Practice Law and Rules ("C.P.L.R.") Section 6211(b), and Federal Rule of Civil Procedure 64, SWIFT SPLASH LTD., LIBERIA, the petitioner in the subject action, will move as soon as counsel may be heard, for an Order to Confirm that certain Order to Show Cause for Attachment in Aid of Arbitration issued by the Court and dated August 30, 2010. Any opposition to this motion must be made within the time prescribed by the Federal Rules of Civil Procedure, the applicable provisions of the C.P.L.R. and the Local Rules.

Dated: Port Washington, New York
       September 7, 2010

                                         CHALOS, O'CONNOR & DUFFY, LLP
                                         Attorneys for Petitioner
                                         Swift Splash Ltd.

By:   */s/ Wayne A. Parker*
         Brian T. McCarthy (BM 4808)
         Wayne A. Parker (WP 6661)
         366 Main Street
         Port Washington, New York 11050
         Tel.: (516) 767-3600
         Fax: (516) 767-3605